**Order entered October 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01193-CV

### CARE TECTURE, LLC DBA PHARMA COMPOUNDIA, Appellant

### V.

### MATHESON COMMERCIAL PROPERTIES, LLC, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02523-2019**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

On October 9, 2019 we granted appellant's emergency motion and stayed execution of a writ of possession issued by the Justice Court on September 17, 2019 pending our resolution of the issue of our jurisdiction over this appeal. On October 10, 2019 we received appellee's response to the emergency motion asserting, among other things, that appellant's statements of inability to pay court costs or appeal bond in justice court were improper pursuant to section 24.0052 of the property code. *See* TEX. PROP. CODE ANN. § 24.0052. On October 11, 2019 we ordered appellant to file its reply to appellee's response by 5pm Monday, October 14, 2019, specifically addressing the issues with respect to the statements of inability to pay.

After considering appellee's response and appellant's reply, we **LIFT** our stay of October 9, 2019.  The parties' jurisdictional briefs remain due as per our letter of October 9, 2019.

/s/   DAVID   L.   BRIDGES
JUSTICE